UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOSAL YOUNN,<br><br>              Petitioner,<br><br>    v.<br><br>LORETTA E. LYNCH, et al,<br><br>              Respondents. | No.  2:15-cv-1783 AC P<br><br><u>ORDER TO SHOW CAUSE</u> |

A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

The court also notes that an online search for petitioner's name in the Sacramento County Sheriff's Department's inmate locator service returned no search results, indicating that petitioner may no longer be in custody even though is current address of record is at Rio Consumnes Correctional Center. <u>See</u> http://www.sacsheriff.com/inmate_information/SearchNames.aspx. [1] This information further suggests that petitioner has failed to update this court with his current address as required by Local Rule 183(b).

---

[1] The court takes judicial notice of the information contained on the Sacramento County Sheriff's Department Inmate Locator Website. <u>See</u> <u>Shaw v. Hahn</u>, 56 F.3d 1128, 1129 n. 1 (9th Cir. 1995) (noting that the court may take judicial notice of matters of public record).

Petitioner is warned that his failure to prosecute this action or his failure to comply with the Federal Rules of Civil Procedure, the court's orders, or the court's Local Rules will result in a recommendation that his entire action be involuntarily dismissed with prejudice. Eastern District Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall show cause, in writing, within 30 days after the filing date of this order, why this case should not be dismissed for failure to prosecute; and

2. Failure to respond to this court order will result in a recommendation that this case be involuntarily dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: January 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE